UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAMES BOYKINS, | ) |
| | ) |
|     Petitioner, | ) Case No. EDCV 12-121 SVW (AJW) |
| | ) |
|     v. | ) |
| | ) ORDER ACCEPTING REPORT AND |
| DAVID LONG, WARDEN, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
|     Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: __April 16, 2013_

_____
Stephen V. Wilson
United States District Judge