UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAMES BOYKINS, | ) Case No. EDCV 12-121-SVW(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| DAVID LONG, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: __April 16, 2013____

_____
Stephen V. Wilson
United States District Judge